1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE COMPLAINT OF OCEANSOUND INVESTMENTS; and ROBERT NAGATA, individual as owners or managers of 1989 65' Donzi "Legacy" Model Z-65 Tournament Sportfish Convertible Motoryacht, H.I.N. YDRI0009J889,<br><br>               Plaintiffs-in-Limitation. | Case No.: 23-CV-1745 TWR (BLM)<br><br>**ORDER DIRECTING EXECUTION OF MONITION AND PUBLICATION OF NOTICE OF COMPLAINT**<br><br>(ECF Nos. 1, 6) |

As set forth in the Court's concurrently-filed Order (1) Accepting Plaintiffs-in-Limitation's Amended *Ad Interim* Stipulation for Value and Letter of Undertaking; (2) Granting in Part and Denying in Part Plaintiffs-in-Limitation's Application for Injunction; and (3) Ordering Notice of Complaint for Exoneration from or Limitation of Liability to Issue (ECF No. 8, "Injunction Order"), Plaintiffs-in-Limitation are **ORDERED** to publish notice of their Complaint pursuant to Rule F(4) of the Supplemental Admiralty Rules in a newspaper of general circulation in the San Diego area—the San Diego Union-Tribune—once each week for four successive weeks prior to the date fixed for claimants to file claims with the Clerk of the Court. The notice to be published shall be in substantially the same form as set forth below:

**Notice to Interested Parties**: Notice is hereby given pursuant to Rules F(3) and F(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules") that Plaintiffs-in-Limitation Oceansound Investments and Robert Nagata, owners and/or managers of a 1989, 65-foot Donzi "Legacy" Model Z-65 Motoryacht, H.I.N. YDRI000J889 (the "Vessel"), filed a Complaint pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501, *et seq.*, seeking exoneration from and/or limitation of liability arising from all claims for injury or other damages against them relating to an incident that occurred in the San Diego Bay in San Diego, California on or about August 10, 2022.

Any person or legal entity who has or may have such a claim must, on or before **January 25, 2024**, file the claim with the Clerk of the U.S. District Court, Southern District of California, under the title of "In re the Complaint of Oceansound Investments, et al." and Case Number 23-cv-1745-TWR (BLM). Any such claim must comply with the requirements of Supplemental Admiralty Rule F. On or before **January 25, 2024**, a copy also must be served on or mailed to the Plaintiffs-in-Limitation's attorney, David A. Shimkin, Cozen O'Connor, 601 S. Figueroa Street, Suite 3700, Los Angeles, CA 90017.

Any claimant who desires to contest Plaintiffs-in-Limitation Oceansound Investment and Robert Nagata's right to exoneration from and/or limitation of liability shall file and serve an answer to the Complaint in the above-referenced matter on or before **February 15, 2024**, unless such answer is included in the claim, or be defaulted. A personal appearance is not required.

///
///
///
///
///
///
///
///
///

No later than fourteen days after the electronic docketing of this Order, Plaintiffs-in-Limitation shall mail a copy of this Order and the Court's concurrently-filed Injunction Order to every person, including Mr. Swift, known to have made any claim against the Vessel or the Plaintiffs-in-Limitation arising out of the incident from which the claims sought to be limited arose.

**IT IS SO ORDERED.**

Dated: December 8, 2023

_____
Honorable Todd W. Robinson
United States District Judge